UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAR 17 PM 3: 14
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

| | |
|---|---|
| TO: | CLERK, BANKRUPTCY COURT |
| DATE: | 2/22/2010 |
| DEBTOR: | ANA GABRIELA TORRES |
| CH13 CASE NO: | 04-08687 |
| ASSIGNED JUDGE: | Honorable James Meyers |
| AMOUNT: | $1,718.57 |

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| NATIONAL UNIVERSITY<br>11255 N TORREY PINES RD<br>STE 251<br>LA JOLLA CA 92037 | $1,718.57 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Fariba Fazeli

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT