UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
                    FILED
                    ENTERED
                    LODGED
                    RECEIVED

                    MAR 2 4 2010

                    CLERK, U.S. BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
                    BY          MM        DEPUTY

                    Reciept # 207295
```

TO:                        CLERK, BANKRUPTCY COURT

DATE:                      3/19/2010

DEBTOR:                    ANA GABRIELA TORRES

CH13 CASE NO:              04-08687

ASSIGNED JUDGE:            Honorable James Meyers

AMOUNT:                    $42.62

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| NATIONAL UNIVERSITY<br>11255 N TORREY PINES RD<br>STE 251<br>LA JOLLA CA 92037 | $42.62 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Fariba Fazeli

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT